**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-6897**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

YUL CARTER,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (CR-90-41, CA-00-948-2)

─────────

Submitted: October 18, 2001        Decided: October 25, 2001

─────────

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Yul Carter, Appellant Pro Se.  John Patrick Rowley, III, HOLLAND & KNIGHT, L.L.P., McLean, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yul Carter seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Carter, Nos. CR-90-41; CA-00-948-2 (S.D.W. Va. Apr. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED